ORDER:
Motion denied as moot in view of the scheduling Order.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLADYS BUSH, | ) |
| Plaintiff, | ) |
| | ) Civil Action Case No. 3:11-cv-00648 |
| vs. | ) |
| | ) JUDGE CAMPBELL |
| MEHARRY MEDICAL COLLEGE, | ) MAGISTRATE KNOWLES |
| Defendant. | ) JURY DEMAND |

### DEFENDANT'S MOTION FOR CASE MANAGEMENT CONFERENCE

Defendant Meharry Medical College (hereinafter "Defendant") moves this Court for a Case Management Conference, and shows the Court as follows:

1. On July 5, 2011, Plaintiff Gladys Bush (hereinafter "Plaintiff") filed a Complaint against Defendant, alleging, *inter alia*, violations of the Americans with Disabilities Act ("ADA") [Doc 1]. On September 19, 2011, Defendant filed its Answer to the Complaint [Doc 8].

2. On August 29, 2011, this Court held the initial case management conference and entered a Case Management Order setting, among other things, deadlines for written discovery, discovery related motions, dispositive motions and a target trial date on February 29, 2012, March 30, 2012, April 30, 2012, and October 9, 2012, respectively [Doc 6].

3. On November 30, 2011, Defendant served its First Set of Requests for Production of Documents and First Set of Interrogatories (hereinafter collectively "First Set of Written Discovery") on Plaintiff through her counsel of record, Tracey A. Kinslow.